IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | : |
| | : |
| | : Case No. 04-cr-00803-JMY |
| v. | : |
| | : |
| **REGINALD BROWN**, | : |

**ORDER**

**AND NOW**, this 12th day of May, 2022, upon consideration of Defendant Reginal Brown's Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 92), and the Government's response thereto (ECF No. 94), it is hereby **ORDERED** that the Motion is **DENIED**.

IT IS SO ORDERED.

BY THE COURT:

/s/ John Milton Younge

**Judge John Milton Younge**